JAMES J. YUKEVICH (SBN 159896)
*jyukevich@yukelaw.com*
RAYMOND H. HUA (SBN 222466)
*rhua@yukelaw.com*
JI HONG SOHN (SBN 354482)
*jsohn@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendant
GARFIELD BEACH CVS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MOHAMMAD SALEEM NASIM,<br><br>Plaintiff,<br><br>vs.<br><br>GARFIELD BEACH CVS, LLC; AND DOES 1 TO 50, INCL.,<br><br>Defendants. | CASE NO.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>*[Filed concurrently with Notice of Removal; and Declaration of Ji Hong Sohn and Exhibits]*<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant GARFIELD BEACH CVS, LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

1. GARFIELD BEACH CVS, LLC.

2. MOHAMMAD SALEEM NASIM.

DATED: May 29, 2025

YUKEVICH | CAVANAUGH

By: /s/ Ji Hong Sohn

James J. Yukevich
Raymond H. Hua
Ji Hong Sohn
Attorneys for Defendant GARFIELD BEACH CVS, LLC

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# PROOF OF SERVICE

**Nasim, Mohammad Saleem v. Garfield Beach CVS, LLC, et al.**
**Case No. 25VECV00195**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue. 15th Floor, Los Angeles, CA 90071-1560.

On May 29, 2025, I served true copies of the following document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address mblancas_gutierrez@yukelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2025, at Los Angeles, California.

/s/ Martha Blancas Gutierrez
Martha Blancas Gutierrez

## SERVICE LIST
**Nasim, Mohammad Saleem v. Garfield Beach CVS, LLC, et al.**
**Case No. 25VECV00195**

Matthew Sterns, Esq.
Christina Boyadzhyan, Esq.
**BARRY P. GOLDBERG, APLC**
5850 Canoga Avenue, Suite 206
Woodland Hills, CA 91367

**Attorneys for Plaintiff MOHAMMAD SALEEM NASIM**

Tel: (818) 222-6994
Fax: (818) 226-9901
ms@barrypgoldberg.com
cb@barrypgoldberg.com

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788